IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darian Antonio Coleman, | ) | C/A No. 8:14-cv-0748 DCN |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | |
| | ) | |
| Asst. Warden Randall Williams, Warden John Pate, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that defendants' motion for summary judgment be granted, plaintiff's motion to amend/correct his complaint be granted, plaintiff's motion to dismiss Randall Williams in his official capacity be granted, plaintiff's motion to take judicial notice be found moot, and plaintiff's motion for summary judgment be found moot.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]  **Objections to the magistrate judge's report and**

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's

**recommendation were timely filed by plaintiff on August 3, 2015.**

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** defendants' motion for summary judge is **GRANTED**, plaintiff's motion to amend/correct his complaint is **GRANTED**, plaintiff's motion to dismiss Randall Williams in his official capacity is **GRANTED**, plaintiff's motion to take judicial notice is **MOOT** and plaintiff's motion for summary judgment is **MOOT**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

August 10, 2015
Charleston, South Carolina

***NOTICE OF RIGHT TO APPEAL***

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.